UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00291

**Franklin W. Bias,**
*Plaintiff,*

v.

**TDCJ-CID et al.**
*Defendants.*

# ORDER

Plaintiff Franklin Bias, a prisoner within the Texas prison system proceeding pro se and *in forma pauperis*, filed this lawsuit against defendants Texas Department of Criminal Justice and the Texas Board of Criminal Justice pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge K. Nicole Mitchell. On July 14, 2022, the magistrate judge issued a report recommending that plaintiff's motion for class certification and motion to join parties be denied. Doc. 22. A copy of this report was sent to plaintiff at his address. Plaintiff did not object.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motion for class certification (Doc. 17) and motion to join parties (Doc. 18) are denied.

*So ordered by the court on August 17, 2022.*

J. CAMPBELL BARKER
United States District Judge