UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00291

**Franklin W. Bias,**
*Plaintiff,*

v.

**TDCJ-CID et al.,**
*Defendants.*

### ORDER

Plaintiff Franklin W. Bias, a prisoner confined within the Texas prison system proceeding pro se and *in forma pauperis*, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

On January 26, 2023, the magistrate judge issued a report recommending that plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. 20) be denied. Doc. 31. A copy of this report was sent to plaintiff at his last-known address. The docket reflects that plaintiff received a copy of the report on January 31, 2023. Doc. 32. No objections were filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motion for a temporary restraining order (Doc. 20) is denied.

*So ordered by the court on February 24, 2023.*

J. CAMPBELL BARKER
United States District Judge