UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00291

**Franklin W. Bias,**
*Plaintiff*,

v.

**Texas Department of Criminal Justice - Institutional Division et al.,**
*Defendants*.

# ORDER

Plaintiff Franklin W. Bias, an inmate confined in the Texas Department of Criminal Justice, proceeding pro se, filed this civil rights action. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

On July 24, 2023, the magistrate judge issued a report (Doc. 35), recommending that defendants' motion to dismiss (Doc. 30) be granted and that plaintiff's claims be dismissed with prejudice. The docket reflects that plaintiff received the report on July 31, 2023. Doc. 36. To date, however, plaintiff has not filed objections.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendants' motion to dismiss (Doc. 30) is granted and plaintiff's lawsuit is dismissed with prejudice. All pending motions are denied as moot.

*So ordered by the court on September 5, 2023.*

J. CAMPBELL BARKER
United States District Judge